UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07429-SPG-MAR | Date | August 13, 2026 |
| Title | Gricelda Santana v. JustFab, LLC et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: CONSOLIDATION**

On June 12, 2026, Mari Williams filed a lawsuit against Defendants JustFab, LLC and TFG Holding, Inc. *See* Complaint, *Williams v. Justfab, LLC (“Williams”)*, Case No. 2:26-cv-06427-SPG-MAR, ECF No. 1 (C.D. Cal. June 12, 2026). On the same day, Lauren Hatcher and Vashonte Major filed a second lawsuit against Defendants JustFab, LLC; TFG Holding, Inc.; and ShoeDazzle, LLC. *See* Complaint, *Hatcher v. Shoedazzle, LLC (“Hatcher”)*, Case No. 2:26-cv-06459-SPG-SSC, ECF No. 1 (C.D. Cal. June 12, 2026).[1]

Both cases allege that Defendants operate a direct-to-consumer retail business and, from April 2025 through February 2026, imposed a surcharge on consumers to recover for tariffs imposed by President Trump under the International Emergency Economic Powers Act (“IEEPA”). *See* Complaint, *Williams*, ¶¶ 1-11; Complaint, *Hatcher*, ¶¶ 1-11. In February 2026, in *Learning Resources, Inc. v. Trump*, 607 U.S. 229 (2026), the Supreme Court held that the IEEPA tariffs were unlawful. *See* Complaint, *Williams*, ¶¶ 5-6; Complaint, *Hatcher*, ¶¶ 5-6. In both *Williams* and *Hatcher*, the plaintiffs allege that Defendants are eligible for a refund on tariffs paid and, unless Defendants pay the money refunded to consumers, Defendants will be unjustly enriched. *See* Complaint, *Williams*, ¶¶ 70-73; Complaint, *Hatcher*, ¶¶ 73-76.

Roughly a month later, on July 8, 2026, Plaintiff Gricelda Santana (“Plaintiff”) filed this action against Defendants JustFab, LLC and TFG Holding, Inc. *See* (ECF No. 1). Plaintiff similarly alleges that, from April 2025 through February 2026, Defendants imposed a tariff surcharge to recover for the IEEPA tariffs; Defendants are now eligible for a refund as a result of the *Learning Resources* decision; and, if Defendants retain the money refunded, Defendants will be unjustly enriched. *See id.* ¶¶ 13-19, 35-38, 40-42.

[1] According to the complaint, TFG Holding does business under the name ShoeDazzle, and all three Defendants jointly market, distribute, and sell ShoeDazzle products. *See* (*id.* ¶ 20).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07429-SPG-MAR | Date | August 13, 2026 |
| Title | Gricelda Santana v. JustFab, LLC et al | | |

In this case, as well as the *Williams* and *Hatcher* cases, the plaintiffs seek to represent a class of similarly situated consumers and, in each case, the plaintiffs assert similar claims. *See* (*id.* ¶¶ 43-95); *see also* Complaint, *Williams*, ¶¶ 78-151; Complaint, *Hatcher*, at 20-32. On July 24, 2026, the plaintiffs in the *Williams* and *Hatcher* cases requested that the Court consolidate the two cases. *See* Renewed Request for Consolidation, *Williams*, ECF No. 32. In consideration of the similar facts alleged, claims asserted, and theories of liability in all three cases, Plaintiff is ORDERED to show cause, in writing, by no later than August 24, 2026, why the Court should not consolidate this action with the *Williams* and *Hatcher* cases.

**IT IS SO ORDERED.**

________ : ________

Initials of Preparer pg